```
JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| GALINA VALENCIA, | ) | |
|---|---|---|
| | ) | No. C 09-2767 JW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO DISMISS; AND** |
| | ) | **[PROPOSED] ORDER** |
| Department of Homeland Security, | ) | |
| JANET NAPOLITANO, Secretary; et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated Plaintiff's application for naturalization.

///

///

///

///

///

Stipulation to Dismiss
C 09-2767 JW                                    1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: August 24, 2009                    Respectfully submitted,

3 |                                            JOSEPH P. RUSSONIELLO
    |                                          United States Attorney
4 |

5 |                                            _____/s/_____
    |                                          ILA C. DEISS[1]
6 |                                            Assistant United States Attorney
    |                                          Attorneys for Defendants
7 |

8 |

9 | Date: August 24, 2009                     _____/s/_____
    |                                          GERI N. KAHN
10 |                                           Attorney for Plaintiff

11 |

12 |                              **ORDER**

13 | Pursuant to stipulation, IT IS SO ORDERED.   The Court terminates any remaining pending

14 | deadlines, hearings or motions.  The Clerk shall close this file.

15 |
    | Date:   August 26, 2009                  _____/s/ James Ware_____
16 |                                           JAMES WARE
    |                                          United States District Judge
17 |

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Dismiss
C 09-2767 JW                                    2